No. 15-10803

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

*Plaintiff - Appellant*,

v.

LORETTA E. LYNCH, Attorney General of the United States; Thomas E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,

*Defendants – Appellees.*

———————

*On appeal from the United States District Court for the Northern District of Texas, Dallas Division, USDC No. 3:14-CV-3872*
*The Honorable Judge Barbara M.G. Lynn*

———————

# **MOTION FOR JUDICIAL NOTICE**

———————

| | |
|---|---|
| ALAN ALEXANDER BECK | STEPHEN D. STAMBOULIEH |
| LAW OFFICE OF ALAN BECK | STAMBOULIEH LAW, PLLC |
| 4780 Governor Drive | P.O. Box 4008 |
| San Diego, CA  92122 | Madison, MS  39130 |
| (619) 905-9105 | (601) 852-3440 |

# CERTIFICATE OF INTERESTED PERSONS

*Jay Isaac Hollis v. Loretta Lynch, et al.*, No. 15-10803

      The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Plaintiff**:

Jay Aubrey Isaac Hollis, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust

**Defendants**:

Loretta Lynch
Thomas E. Brandon

**Counsel**:

Stephen D. Stamboulieh
Stamboulieh Law, PLLC

Alan Alexander Beck
Law Office of Alan Beck

Elisha M. Hollis
Attorney at Law

Daniel M. Riess
Eric J. Soskin
Michael S. Raab
Patrick J. Nemeroff
U.S. Department of Justice

**Amici Curiae**:

      Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., The Heller Foundation, Conservative Legal Defense and

Education Fund, Institute on the Constitution, and Sheriff Bradley D. Rogers and their counsel, Herbert W. Titus, Robert J. Olson, William J. Olson, John S. Miles, and Jeremiah L. Morgan.

Firearms Policy Coalition, Inc, Firearms Policy Foundation, Inc., Colorado Second Amendment Association, Lone Star Gun Rights, The Madison Society, Inc., Mississippi Carry, Inc. and their attorney, George M. Lee, Seiler Epstein Ziegler & Applegate LLP.

Dated: January 19, 2016.

>/s/ Stephen D. Stamboulieh
>Stephen D. Stamboulieh
>Counsel for Appellant

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS……………………………...….i

TABLE OF AUTHORITIES……………………………………………………iv

MOTION FOR JUDICIAL NOTICE ……………………………………..1

CONCLUSION…………………………………………………………….3

# TABLE OF AUTHORITIES

***Cases***

*Statin v. Deutsche Bank Nat'l Trust Co.*, 599 F. App'x 545, 548 (5th Cir. 2014) (per curiam) ............................................................................................................... 2

*Swindol v. Aurora Flight Scis. Corp.*, 805 F.3d 516, 519 (5th Cir. 2015) ................................ 1

*United States v. Hawkins*, 566 F.2d 1006, 1008 n.2 (5th Cir. 1978) ..................................... 1

***Rules***

Federal Rule of Appellate Procedure 27 ............................................................................. 1

Federal Rule of Evidence 201(b)(2) .................................................................................. 1

**COMES NOW**, Appellant, Jay Aubrey Isaac Hollis, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust ("Hollis"), pursuant to Federal Rule of Appellate Procedure 27 and Federal Rule of Evidence 201(b)(2), and respectfully move this Court to take judicial notice of the contents and approval of a post-May 19, 1986 approval to make a machinegun as directly alleged in Hollis' complaint and in the Appellant's Brief. See Paragraph 49 of Hollis' Complaint, ROA.20. See also Brief of Appellant p.50. In accordance with Fifth Circuit Rule 27.4, Hollis has contacted all other parties to this appeal to determine whether any party will file an opposition. Appellees were contacted and have stated that they cannot take a position on the Motion yet.

"Federal Rule of Evidence 201(b)(2) provides that courts 'may judicially notice a fact that is not subject to reasonable dispute because it ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Swindol v. Aurora Flight Scis. Corp.*, 805 F.3d 516, 519 (5th Cir. 2015). Under that rule, this Court has recognized its authority to take judicial notice of "official, public record[s]" when those records are placed "on file with this Court." *United States v. Hawkins*, 566 F.2d 1006, 1008 n.2 (5th Cir. 1978) (citing *Mass. v. Westcott*, 431 U.S. 322, 323 n.2 (1977)).

While the attached Form 1 is not a "public record," it is an official record of the Defendants and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," precisely, the Defendants can attest that

1

the attached and approved Form 1 is genuine.[1]  "An appellate court may take judicial notice of facts, even if such facts were not noticed by the trial court." *Statin v. Deutsche Bank Nat'l Trust Co.*, 599 F. App'x 545, 548 (5th Cir. 2014) (per curiam).

In the instant case, Hollis put forth evidence regarding BATFE approval of post-May 19, 1986 machineguns in the lower court and also requested discovery regarding these same post-May 19, 1986 approvals.  However, as set forth in Appellant's brief, the evidence was "not considered" and the request for discovery under Rule 56(d) denied.  Brief of Appellant, pp. 50-52.

On January 15, 2016, undersigned was provided a copy of a Form 1, approved on September 5, 1986, for a machinegun to an individual and <u>not</u> a governmental entity.  This new fact betrays the Defendants' claims of never approving an application for a non-governmental entity for a post-May 19, 1986 machinegun, and further, demonstrates that the BATFE has in fact allowed the registrations of post-May 19, 1986 machineguns to other than governmental entities.

Hollis requests that this Court take judicial notice that the BATFE has approved this application for a post-May 19, 1986 machineguns because one of Hollis' arguments is that the district court erred by denying Hollis discovery on this very issue.  Taking

---

[1] To protect the identity of the individual, personally identifying information has been redacted. However, the serial number for the machinegun is listed, which directly allows the Defendants to identify the application in the National Firearms Registration and Transfer Record and attest that this application is genuine.

judicial notice of the contents of the Form 1, attached hereto, will help this Court to assess this argument and the argument that the BATFE allowed others to possess post-May 19, 1986 machineguns, even though the BATFE claimed that "… no Form 1 applications to make machine guns have been approved since May 19, 1986 except at the request of government entities," in their briefing in the lower court. ROA.120. This is demonstrably false as evidenced by the attached Form 1 approved after May 19, 1986.

## **CONCLUSION**

For the foregoing reasons, this Court should take judicial notice of the contents and facts included in the attached Form 1 approval for a post-May 19, 1986 machinegun.

Respectfully Submitted,

/s/ Alan Beck                                         /s/ Stephen D. Stamboulieh
Alan Alexander Beck                           Stephen Dean Stamboulieh
Counsel for Appellant                         Counsel for Appellant

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, I electronically filed the foregoing Motion for Judicial Notice with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/Stephen D. Stamboulieh
Stephen@sdslaw.us
Counsel for Appellant

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 32(a)(7)(C) of Federal Rules of Appellate Procedure, I hereby certify that the foregoing motion was prepared using Microsoft Word 2016 and complies with the type and volume limitations set forth in Rule 32 of the Federal Rules of Appellate Procedure. I further certify that the font used is 14 point Garamond, for text and footnotes at 12 point Garamond, and the computerized word count for the foregoing brief (excluding exempt material) is 685.

I further certify to the following 1) all required privacy redactions have been made; 2) the electronic submission is an exact copy of the paper copy; and 3) the document is free from viruses and has been scanned by Kaspersky Internet Security, version 16.0.0.614(d).

/s/Stephen D. Stamboulieh
Stephen@sdslaw.us
Counsel for Appellant

Form Approved: OMB No. 1512-0024 (9/30/86)

## DEPARTMENT OF THE TREASURY—BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## APPLICATION TO MAKE AND REGISTER A FIREARM
(Submit in duplicate. See Instructions attached.)

TO: National Firearms Act Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, DC 20226

The undersigned hereby makes application, as required by Sections 5821 and 5822 of the National Firearms Act, Title 26 U.S.C., Chapter 53, to make and register the firearm described below.

**2. APPLICATION IS MADE BY:** ☒ INDIVIDUAL  ☐ BUSINESS FIRM  ☐ GOVERNMENT ENTITY

**TRADE NAME** (If any): _____

**1. TYPE OF APPLICATION** (Check one)
☒ a. TAX PAID. Submit with application a check or money order for $200 made payable to the [illegible]. Upon approval, [illegible] office will accept [illegible] required "Na[illegible]" you.
☐ b. TAX EXEMPT — made on behalf of department or agency thereof.
☐ c. TAX EXEMPT — made by or in possession of the subdivision or organization [illegible] engaged in criminal investigations.

Stamp: P.B. 667 73 — 034314 — TWO HUNDRED DOLLARS

**3a. APPLICANT'S NAME AND MAILING ADDRESS** (Type or print below and between the dots)
[REDACTED]

**b. IF P.O. BOX IS SHOWN ABOVE, STREET ADDRESS MUST BE GIVEN HERE**

**c. COUNTY:** [REDACTED]

IMPORTANT: COMPLETE THE REVERSE SIDE. INDIVIDUALS (INCLUDING LICENSED COLLECTORS) MUST ALSO SUBMIT, IN DUPLICATE, FBI FORM FD-258, FINGERPRINT CARD.

**d. TELEPHONE AREA CODE AND NUMBER:** [REDACTED]

**4. DESCRIPTION OF FIREARM** (Complete items a through i)

| a. NAME AND LOCATION OF ORIGINAL MANUFACTURE OF FIREARM (RECEIVER) | b. TYPE OF FIREARM TO BE MADE | c. CALIBER, GAUGE OR SIZE |
|---|---|---|
| Browning Auto Mfd by N E Small Arms | Machine Gun | 30 |

**d. MODEL:** BAR 1918 A-2
**e. LENGTH OF BARREL:** 24"
**f. OVERALL:** 47"
**g. SERIAL NUMBER:** #574936

**h. ADDITIONAL DESCRIPTION:** _____

**i. STATE WHY YOU INTEND TO MAKE FIREARM:** Private Collection

**5. APPLICANT'S FEDERAL FIREARMS LICENSE** (If any) — (Give complete 15-digit number)
First 6 digits | 2 digits | 2 digits | 5 digits

**6. SPECIAL (OCCUPATIONAL) TAX STATUS**
a. ATF IDENTIFICATION NO. | b. CLASS

**7. EMPLOYER'S IDENTIFICATION NUMBER** (If applicable)

IMPORTANT: GIVE FULL DETAILS ON SEPARATE SHEET FOR ALL "YES" ANSWERS IN ITEMS 8 AND 9

| 8. IS APPLICANT | YES | NO | 9. HAS APPLICANT | YES | NO |
|---|---|---|---|---|---|
| a. Charged by information or under indictment in any court for a crime punishable by imprisonment for a term exceeding one year? | | X | a. Been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? | | X |
| b. A fugitive from justice? | | X | b. Been discharged from the armed forces under dishonorable conditions? | | X |
| c. An alien who is illegally or unlawfully in the United States? | | X | c. Been adjudicated as a mental defective or been committed to any mental institution? | | X |
| d. Under 21 years of age? | | X | d. Renounced his or her citizenship, having been a citizen of the United States? | | X |
| e. An unlawful user of or addicted to marihuana or any depressant, stimulant or narcotic drug? | | X | | | |
| 10. A citizen of the United States | X | | | | |

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, including accompanying documents, and to the best of my knowledge and belief it is true, accurate and complete and the making and possession of the firearm described above would not constitute a violation of Chapter 44, Title 18, U.S.C., Chapter 53, Title 26, U.S.C., Title VII of the Omnibus Crime Control and Safe Streets Act, as amended, or any provisions of State or local law.

**11. SIGNATURE OF APPLICANT:** [REDACTED]
**12. NAME AND TITLE OF AUTHORIZED OFFICIAL OF FIRM OR CORPORATION** (If applicable): _____
**13. DATE:** 4-21-86

THE SPACE BELOW IS FOR THE USE OF THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

By authority of the Director, Bureau of Alcohol, Tobacco and Firearms, this application has been examined and the applicant's making and registration of the firearm described above is:

☒ **APPROVED** (With the following conditions, if any): NAME CITY AND STATE MUST BE STAMPED ON RECEIVER
☐ **DISAPPROVED** (For the following reasons):

**STAMP NUMBER:** 034314

**EXAMINER:** _____
**DATE:** _____
**AUTHORIZED ATF OFFICIAL:** [signature] Cary Schaefer
**DATE:** 05 SEP 1986